

# Fourth Court of Appeals
## San Antonio, Texas

June 2, 2015

No. 04-15-00223-CR

Carlos **FAZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR10674
The Honorable Kevin M. O'Connell, Judge Presiding

# O R D E R

Appellant's retained appellate counsel, George Scharmen, has filed a motion to withdraw stating that appellant has retained attorney Robert F. Gebbia as his new counsel and Mr. Scharmen has been instructed by appellant's family to withdraw. Mr. Scharmen asserts the "dual representation" creates a conflict of interest warranting his withdrawal. *See* TEX. R. APP. P. 6.5. The motion to withdraw contains copies of a notice of appearance, a motion for new trial/motion in arrest of judgment, and a motion for reconsideration or reduction of sentence filed by Mr. Gebbia on appellant's behalf in the trial court on May 4, 2015 and May 5, 2015, respectively. The notice of appearance filed by Mr. Gebbia contains a handwritten notation "for the limited purpose of: Motion for new trial [and] motion for reconsideration. Not for appeal."

Accordingly, in order to clarify the status of appellant's representation on appeal, Mr. Gebbia is ORDERED to file a written response in this court **within ten (10) days** from the date of this order.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of June, 2015.



Keith E. Hottle
Clerk of Court